**Mollie Rubin, Appellee, v. M. S. Wolfson, Appellant.**

**Gen. No. 43,958.**

opinion filed

February 20, 1947; released for publication March 28, 1947. William Vihon, for appellant; Kamfner & Halligan, for appellee; Martin K. Irwin, of counsel. Opinion by PRESIDING JUSTICE SULLIVAN. Not to be published in full.